The People of the State of New York ex rel. William E. Scharch, Appellant, against Walter B. Martin, as Warden of Attica State Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See

*ante*, p. 886.] Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ.